UNITED STATES DISTRICT COURT
FOR THE STATE OF MICHIGAN
COUNTY OF WAYNE

**PHILECIA WHITING,**

Plaintiff,
vs.
**GREENSKY LLC**

**GOLDMAN SACS**

**THE HOME DEPOT LOAN SERVICE**

Defendant

Case: 2:25-cv-10958
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 4/3/2025
Description: CMP WHITING V. GREENSKY LLC ET AL (AB)

**COMPLAINT FOR VIOLATIONS OF THE EQUAL CREDIT OPPORTUNITY ACT (ECOA), FAIR CREDIT REPORTING ACT (FCRA), TRUTH IN LENDING ACT (TILA), AND CONSUMER FINANCIAL PROTECTION ACT (CFPA)**

NOW COMES the Plaintiff, Philecia Whiting, pro se, and for her Complaint against Defendants GREEN SKY, LLC, GOLDMAN SACHS BANK, N.A., and HOME DEPOT LOAN SERVICES, states as follows:

JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 as this action arises under federal law, including the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. Venue is proper under 28 U.S.C. § 1391 as the Defendants conduct business in this district and the events giving rise to this claim occurred within this jurisdiction.

PARTIES

3. Plaintiff PHILECIA WHITING is a consumer residing in Detroit, Michigan, and is protected under the ECOA and FCRA.

4. Defendant GREENSKY, LLC is a financial technology company that facilitates consumer loans, with its principal place of business in Georgia.

5. Defendant GOLDMAN SACHS BANK, N.A. is a national bank headquartered in New York and the ultimate decision-maker regarding Plaintiff's credit application.

6. Defendant HOME DEPOT LOAN SERVICES is a financial services provider facilitating credit applications through its loan programs.

FACTUAL BACKGROUND

7. On or about November 20, 2023, Plaintiff applied for financing through the Home Depot Loan Services program, which was serviced by GreenSky and underwritten by Goldman Sachs Bank, N.A.

8. Plaintiff did not receive a timely adverse action notice, as required under 15 U.S.C. § 1691(d) of the ECOA, which mandates notification of credit denial within 30 days.
9. After multiple requests for an explanation, Plaintiff finally received an email on June 14, 2024—approximately seven months after her application—providing reasons for the denial.
10. Defendants alleged an adverse action letter was mailed on November 27, 2023; however, Plaintiff never received such a letter, nor was proof of mailing provided.
11. The denial letter cited vague and generalized reasons for the denial, including "limited credit experience," "delinquent past or present credit obligations," and "unable to verify application information," without specifying the actual factors considered.
12. Defendant Goldman Sachs Bank, N.A. ultimately made the denial decision, but Plaintiff was misled to believe it was based solely on credit reporting agency information, violating ECOA requirements for transparency and specificity.
13. The adverse action notice failed to meet the standard of providing "clear and specific" reasons as required by FCRA, 15 U.S.C. § 1681m(a), and ECOA, 12 C.F.R. §1002.9(a)(2).
14. Defendants further stated that "applicants do not have an unalienable right to credit," which is a misrepresentation of consumer credit rights under federal law.

## CLAIMS FOR RELIEF

## COUNT I - VIOLATION OF THE EQUAL CREDIT OPPORTUNITY ACT (ECOA)

15. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.
16. Under 15 U.S.C. § 1691(d), Defendants were required to provide timely and detailed notice of credit denial, which they failed to do.
17. Defendants' failure to provide specific reasons and failure to disclose Goldman Sachs as the ultimate decision-maker violated ECOA regulations.

## COUNT II - VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA)

18. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.
19. Under 15 U.S.C. § 1681m(a), Defendants were required to provide the specific reasons why adverse action was taken, which they failed to do.
20. Defendants misrepresented the credit denial decision as solely based on Experian, omitting Goldman Sachs' role in the determination, violating FCRA requirements.

## COUNT III - VIOLATION OF FAIR LENDING LAWS

21. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.
22. The Defendants' denial of credit, lack of transparency, and failure to provide sufficient notice constitute unfair lending practices under federal law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants violated ECOA and FCRA;

B. Award Plaintiff compensatory damages of $55,000 for the credit applied for and denied;

C. Award Plaintiff statutory and punitive damages of $25,000 under ECOA, FCRA, and CFPA;

D. Order Defendants to implement corrective practices regarding adverse action notices;

E. Award costs and attorney's fees;

F. Grant injunctive relief requiring Defendants to reform their adverse action notification policies; and

G. Grant such further relief as this Court deems just and proper.

Respectfully submitted,

By: *Philecia Whiting/Agent*

Philecia Whiting/Agent

All Rights Reserved

702-900-4190

padalternatives@gmail.com

12031 Suncrest Street

Detroit Michigan 48235

 Gmail    Cap TAP <padalternatives@gmail.com>

# Adverse Action Letter- Whiting, P. 2332400201 [ ref:!00Dd00dh5w.!5003o01hXBi3:ref ]

1 message

**Customer Solutions** <cst@greensky.com>  Fri, Jun 14, 2024 at 10:03 AM
To: "padalternatives@gmail.com" <padalternatives@gmail.com>

Hi Ms. Whiting,

As requested, attached is a copy of your adverse action letter. A copy of your adverse action letter will be mailed to your address as well.

Thank you
Sharmonaca
ERT-SMR Specialist

ref:!00Dd00dh5w.!5003o01hXBi3:ref

📎 **2332400201 AAN - Pages from 164174_GreenSky_AAN.#10.1_1201.pdf**
33K

**Home Depot® Loan Program**
1224 Poinsett Hwy
Greenville, SC 29609-1224

T8 P1 164174-2-1-1 - 3841
PHILECIA WHITING
16531 SNOWDEN
DETROIT MI 48235

003841
1/1

11/27/2023

Dear PHILECIA:

Thank you for applying for The Home Depot® Project Loan. We, the creditors identified below, regret to inform you that your application cannot be approved at this time, for the following reason(s):

- Limited credit experience
- Delinquent past or present credit obligations with others
- Unable to verify application information
- Revolving account balances are too high

Our credit decision was based in whole or in part on information obtained in a credit report from the consumer credit reporting agency identified below:

EXPERIAN
P.O. BOX 2002
ALLEN, TX 75013
1-888-397-3742
http://www.experian.com

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency above and any consumer reporting agency, which compiles and maintains files on consumers on a nationwide basis. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

As of 11/20/2023, the consumer reporting agency named above indicated that your credit score was 507. Generally, credit scores range from 300 to 850. The consumer reporting agency noted that the following key factors adversely affected your credit score:

- Serious delinquency
- Ratio of balances to limit on bank revolving or other rev accts too high
- Time since delinquency is too recent or unknown
- Length of time accounts have been established
- Too many inquiries last 12 months

If you have any questions regarding this letter, contact us c/o GreenSky, PO Box 2730, Alpharetta, GA 30023-2730 or 877-476-3860.

Thank you for your interest in The Home Depot® Project Loan.

Sincerely,

Goldman Sachs Bank USA, Salt Lake City Branch
P.O. Box 45400, Salt Lake City, Utah 84145-0400

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning Goldman Sachs Bank USA, Salt Lake City Branch is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

Ohio Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

The HOME DEPOT name and logo are trademarks of Home Depot Product Authority, LLC, used under license. The Home Depot® Loan Program is the brand name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods or services from The Home Depot®. GreenSky Servicing, LLC d/b/a The Home Depot Loan Services ("Servicer") will service this Loan on behalf of your Lender. NMLS #1416362. GreenSky, LLC and GreenSky Servicing, LLC are subsidiaries of Goldman Sachs Bank USA. Loans originated by Goldman Sachs are issued by Goldman Sachs Bank USA, Salt Lake City Branch. GreenSky, LLC ©2023 All Rights Reserved.

LENDER

2332400201

AAN Decline_v1.0_10312023
AAN_Letters_Decline_COMFI-5422_20231020 © 2023 GreenSky, LLC. All rights reserved. Revised 10/23

 Gmail

Cap TAP <padalternatives@gmail.com>

## Regarding Denial of application
1 message

**Cap TAP** <padalternatives@gmail.com>
To: service@thdloan.com, Cap TAP <padalternatives@gmail.com>

I applied for a HomeDepot credit card 11/20/2023. Regardless of the reason being denied, I have the right to credit. Withholding my access to my securities is securities fraud. You are violatin Consumer Credit Protection Act. Since I have been denied my credit, please retract my application.

### Customer Details

| | |
|---|---|
| Applicant Name | Philecia Whiting |
| Application ID | 2332400201 |
| Requested Loan Amount | $55,000.00 |

Thank You

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Philecia Whiting Pro Se

**(b)** County of Residence of First Listed Plaintiff: **WAYNE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
GREENSKY LLC
GOLDMAN SACS
HOME DEPOT LOAN SERVICES

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

PERSONAL INJURY
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Violations of ECOA, FCRA TILA and CFPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $80,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 4/3/2025

SIGNATURE OF ATTORNEY OF RECORD
*By: Whiting Philecia Pro Se All Rights Reserved*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :